UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Fitzsimmons

        Plaintiff,

-v-                                            ORDER re: Motion in Limine
                                                             CV-02-6448 (TCP)

Avis Rent a Car Systems

        Defendant.

---------------------------------------------------------X

        Defendant, Avis Rent a Car Systems, filed a motion in limine on April 12, 2006. The Court defers decision on this motion. The motion will be reopened and addressed by the Court and parties at the eve of trial. A decision will be rendered at that time or during the trial.

        SO ORDERED.

                                                                                   /s/
                                                                    Thomas C. Platt
                                                                  U.S. District Judge

Dated: Central Islip, NY
        July 10, 2006